August 11, 2016



# JUDGMENT

# The Fourteenth Court of Appeals

MICHAEL JOE SORRELL AND SORRELL FAMILY LTD PARTNERS,
Appellants

NO. 14-15-00361-CV                    V.

ESTATE OF BENJAMIN HARDY CARLTON, III, BY AND THROUGH ITS
INDEPENDENT ADMINISTRATRIX DARLENE BARTON, Appellee

_____

      This cause, an appeal from the judgment signed January 27, 2015, in favor of appellee, Estate of Benjamin Hardy Carlton, III, by and through its independent administratrix Darlene Barton, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

      We order appellants, Michael Joe Sorrell and Sorrell Family LTD Partners, jointly and severally, to pay all costs incurred in this appeal.

      We further order this decision certified below for observance.